UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| SALLY D. VILLAVERDE,<br><br>Petitioner,<br><br>v.<br><br>WILLIAM HUTCHING, et al.,<br><br>Respondents. | Case No. 2:21-cv-01595-GMN-BNW<br><br>ORDER |

Respondents seek an extension of time to respond to Sally D. Villaverde's amended 28 U.S.C. § 2254 habeas corpus petition (ECF No. 19). Good cause appearing,

**IT IS ORDERED** that respondents' unopposed second motion for extension of time to file a response to the amended petition (ECF No. 19) is **GRANTED. The deadline to file the response is extended to September 26, 2022.**

DATED: 25 July 2022.

_____
GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE

1