UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| SALLY D. VILLAVERDE, | Case No. 2:21-cv-01595-GMN-BNW |
|---|---|
| Petitioner, | Order Granting Stipulation to File Second-Amended Petition (ECF No. 21) |
| v. | |
| WILLIAM HUTCHING, et al., | |
| Respondents. | |

The parties have entered into a stipulation permitting Sally D. Villaverde to file a second-amended 28 U.S.C. § 2254 habeas corpus petition.[1] (ECF No. 21). Good cause appearing,

**IT IS ORDERED** that the stipulation to file a second-amended petition (ECF No. 21.) is **GRANTED**. **The deadline to file the second-amended petition is December 12, 2022.**

**IT IS FURTHER ORDERED** that the schedule for further briefing in this case is otherwise governed by the court's order dated December 1, 2021. (ECF No. 10.)

DATED: 12 September 2022.

_____
GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE

---

[1] Villaverde had moved to consolidate habeas case no. 2:22-cv-01111-JAD-NJK with this case. The court instead directed him to seek leave to amend the petition in this first-filed case. Respondents agreed that this is the most efficient way to proceed. (See ECF No. 21 at 3.)

1