UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| SALLY D. VILLAVERDE,<br><br>Petitioner,<br><br>v.<br><br>WILLIAM HUTCHING, *et al*.,<br><br>Respondents. | Case No. 2:21-cv-01595-GMN-BNW<br><br>**Order Granting Extension of Time to Respond to Second-Amended Petition to May 8, 2023**<br><br>(ECF No. 25) |

Respondents seek an extension of time to respond to Sally D. Villaverde's second-amended 28 U.S.C. § 2254 habeas corpus petition. (ECF No. 25.) Good cause appearing,

**IT IS ORDERED** that respondents' unopposed motion for extension of time to file a response to the second-amended petition (ECF No. 25) is **GRANTED. The deadline to file the response is extended to May 8, 2023.**

DATED: 3 March 2023.

_____
GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE

1