**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SALLY D. VILLAVERDE, | Case No.: 2:21-cv-01595-GMN-BNW |
| Petitioner | **Order Granting Extension of Time to Respond to Second-Amended Petition to June 7, 2023** |
| v. | |
| WILLIAM HUTCHING, *et al.*, | (ECF No. 28) |
| Respondents. | |

Respondents seek an extension of time to respond to Sally D. Villaverde's second-amended 28 U.S.C. § 2254 habeas corpus petition. Good cause appearing,

IT IS ORDERED that respondents' unopposed second motion for extension of time to file a response to the second-amended petition (ECF No. 28) is **GRANTED** *nunc pro tunc*. **The deadline to respond is extended to June 7, 2023.**

DATED: 9 May 2023.

GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE