# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SALLY D. VILLAVERDE,<br><br>    Petitioner<br><br>v.<br><br>WILLIAM HUTCHING, *et al.*,<br><br>    Respondents. | Case No.: 2:21-cv-01595-GMN-BNW<br><br>**Order Granting Extension of Time to File Answer to Second-Amended Petition to March 27, 2024**<br><br>(ECF No. 63) |

Respondents seek an extension of time to file their answer to Sally D. Villaverde's second-amended 28 U.S.C. § 2254 habeas corpus petition. (ECF No. 63.) Good cause appearing,

IT IS ORDERED that respondents' first motion for extension of time to file an answer to the second-amended petition (ECF No. 63) is **GRANTED. The deadline to answer is extended to March 27, 2024.**

DATED: 21 February 2024.

GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE